UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HATEM HAREJ, | |
| Plaintiff, | STIPULUATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| v. | |
| MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA; CARMEN WHALING, DISTRICT DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; TRACY RENAUD, SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ALEJANDRO MAYORKAS, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; CHRISTOPHER WRAY, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,[1] | Civil Action No. 5:20-CV-1207 (LEK/TWD) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties in the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is voluntarily dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs to either party as against the other.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Merrick B. Garland is automatically substituted as a defendant in this action in place of his predecessor, Monty Wilkinson, former Acting Attorney General.

| | | |
|---|---|---|
| DATED: | May  26 , 2021 | /s/ Ahmed Mohamed |
| | | Ahmed Mohamed, Esq. |
| | | *Attorney for Plaintiff* |
| | | Council on American-Islamic Relations |
| | | New York Chapter |
| | | 46-01 20th Avenue |
| | | Queens, New York 11105 |

| | | |
|---|---|---|
| DATED: | May  26 , 2021 | ANTOINETTE T. BACON |
| | | Acting United States Attorney |
| | | |
| | | By: Emer M. Stack |
| | | *Attorney for Defendants* |
| | | Assistant United States Attorney |
| | | 100 South Clinton Street |
| | | Syracuse, New York 13261 |
| | | Bar Roll No. 700843 |

**SO ORDERED:**

Lawrence E. Kahn
Senior U.S. District Judge

DATED:   May  26 , 2021
         Albany, New York

2